```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| TAMMY FORET FREEMAN ET AL | CIVIL ACTION |
| VERSUS | NO: 08-1626 |
| QUICKEN LOANS, INC. ET AL | SECTION: J(5) |

**ORDER**

Before the Court is Defendant Quicken Loans, Inc.'s ("Quicken") and Title Source, Inc.'s ("Title Source") **Motion to Temporarily Stay All Class Certification Proceedings and Class-Related Discovery Pending Resolution of Dispositive Motions (Rec. Doc. 26).** This motion, which is opposed, seeks a temporary stay of class certification proceedings and discovery in Civil Action No. 08-4744, John J. Bennett, III et al v. Title Source, Inc. Et al, which is consolidated with the above-captioned matter, pending the disposition of a pending Motion for Summary Judgment (Rec. Doc. 31), which seeks dismissal of the claims asserted in Case Nos. 08-4744 and 08-1626. Upon review of the record, the memoranda of counsel, and the applicable law, the Court finds that Quicken and Title Source's motion should be granted. Accordingly,

**IT IS ORDERED** that oral argument requested on Quicken and Title Source's **Motion to Temporarily Stay All Class Certification Proceedings and Class-Related Discovery Pending Resolution of Dispositive Motions (Rec. Doc. 26)** is hereby **CANCELLED** as this

Court determines that such will not be necessary.

**IT IS FURTHER ORDERED** that Quicken and Title Source's **Motion to Temporarily Stay All Class Certification Proceedings and Class-Related Discovery Pending Resolution of Dispositive Motions (Rec. Doc. 26)** is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that all class-certification proceedings and class-related discovery are hereby **STAYED** pending the outcome of Quicken and Title Source's Motion for Summary Judgment (Rec. Doc. 31), which is set for hearing on Wednesday, April 1, 2009 at 9:30 a.m.

New Orleans, Louisiana this 3rd day of March, 2009.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE